IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEROME BRANTLEY, #224 918, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CV-662-ID |
| | ) | (WO) |
| LT. BRENDA KING, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The Magistrate Judge entered a Recommendation (Doc. #11) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge (Doc. #11) be and the same is hereby ADOPTED. It is further ORDERED that the Plaintiff's motion to dismiss (Doc. #10) be and the same is hereby GRANTED and that this case be and the same is hereby DISMISSED without prejudice.

A separate judgment shall issue.

Done this the 29th day of November, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE